**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2015-0230, <u>In the Matter of Mayte Jimenez and Luis Jimenez</u>, the court on December 2, 2015, issued the following order:**

Having considered the brief, memoranda of law, and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The petitioner, Mayte Jimenez (wife), appeals a final decree of the Circuit Court (<u>Albee</u>, J.) in her divorce from the respondent, Luis Jimenez (husband), raising numerous challenges to the court's decree. The court granted the parties a divorce based upon irreconcilable differences and divided the marital estate equally or approximately equally. The court awarded the husband sole decision-making responsibility and primary residential responsibility for the parties' minor son. The court awarded the wife alimony in the amount of $1,500 per month for 72 months.

As the appealing party, the wife has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned decree, the wife's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the wife has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**